IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMADO CELESTIAL, | § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 2:15-CV-00239-J |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER

On December 17, 2015, the parties filed an *Agreed Stipulation of Dismissal*, voluntarily dismissing all claims in controversy in the case. Accordingly, the claims in this case between Plaintiff and Defendant are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

It is SO ORDERED.

Signed this the 18th day of December, 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE